(February 23, 1962)

■ (A) In the Matter of the Claim of KATHERINE BOHLINGER, Appellant, v. JOHN M. RIEHLE & Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of ROSE KORNBLUM, Appellant, v. S & S PRODUCE, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of the Claim of BETTY WHIPLUSH, Appellant, v. MANHATTAN SIGHTSEEING BUS TOURS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of Claim of CHARLES YARCZOWER, Appellant. MACY'S NEW YORK, Respondent; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) In the Matter of the Claim of MARY GUERIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of ISOM THOMPSON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) In the Matter of the Claim of JOSEPH J. DUFFY, Appellant. FORD MOTOR Co., Respondent; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of DONALD VAN HOESEN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of MARTHA FEINGERSH, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of JOHN STARNES, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) In the Matter of the Claim of IRWIN HERBST, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) In the Matter of the Claim of MARY H. ROUSE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (M) In the Matter of the Claim of JOSEPH A. ZUHL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (N) In the Matter of the Claim of BRADSHAW SPELLER, Respondent, v. BRONX FUR DRESSERS CORP. et al., Appellants, and FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ In the Matter of the Claim of EDMUND M. BEBLOWSKI, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue for the May 1962 Term on or before March 30, 1962, in which event motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TALMADGE GORDON HENDERSON, Appellant.—Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCK HARRISON, Appellant.—Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ In the Matter of the Claim of ETTA K. SAWTELL, Appellant, v. COLUMBIA Box BOARD MILLS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Order of this court entered herein January 29, 1962 conditionally dismissing this appeal unless same was perfected and argued at the March 1962 Term amended to read as follows: Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue for the May 1962 Term on or before March 30, 1962, in which event motion denied.